THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN J. MEYEROWITZ, Defendant-Appellant.

(No. 58338;

First District (2nd Division)—January 22, 1974.

PER CURIAM.

LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Sheldon Gardner and Michael Kreloff, Assistant State's Attorneys, of counsel), for the People.